THOMAS E. PEREZ
Assistant Attorney General
SAMUEL R. BAGENSTOS
Principal Deputy Assistant Attorney General
JONATHAN SMITH (DC Bar # 396578)
Chief, Special Litigation Section
TIMOTHY D. MYGATT (PA Bar # 90403)
Special Counsel
EMILY A. GUNSTON (SBN 218035)
SAMANTHA K. TREPEL (DC Bar #992377)
Trial Attorneys
    United States Department of Justice
    Civil Rights Division
    Special Litigation Section
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530
    Telephone: (202) 514-6225
    Facsimile: (202) 514-4883
    Email: timothy.mygatt@usdoj.gov
    emily.gunston@usdoj.gov
    samantha.trepel@usdoj.gov

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Chief, Civil Rights Unit
ERIKA JOHNSON-BROOKS (SBN 210908)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    Email: erika.johnson@usdoj.gov

Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SUKHJINDER S. BASRA, ) <br> ) <br> Plaintiff, ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) | No. 2:11-cv-01676 SVW (FMOx) <br><br> UNITED STATES' MOTION TO INTERVENE PURSUANT TO THE RELIGIOUS LAND USE AND |

1

| | |
|---|---|
| Applicant for Intervention, | INSTITUTIONALIZED PERSONS |
| | 42 U.S.C. § 2000cc |
| v. | (CIVIL RIGHTS) |
| CATE, *et al.*, | |
| | Date: April 25, 2011 |
| | Time: 1:30 p.m. |
| Defendants. | Courtroom: 6 |
| | The Judge Stephen V. Wilson |

## UNITED STATES' MOTION TO INTERVENE

The United States of America, by and through its undersigned counsel, pursuant to Rule 24, Federal Rules of Civil Procedure, moves this Honorable Court to intervene in the above styled case, to wit, *Basra v. Cate*, No. CV11-01676 SVW (FMOx) (C.D. Cal., filed Feb. 25, 2011). In support, the United States submits that:

1. Plaintiff Basra has asserted a claim under the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc.

2. RLUIPA grants the United States the authority to intervene in or bring an action for injunctive or declaratory relief to enforce RLUIPA. 42 U.S.C. § 2000cc-2(f).

3. The United States moves this Court for intervention of right, pursuant to Rule 24(a)(2), and alternatively for permissive intervention, pursuant to Rule 24(b).

4. Pursuant to Local Civil Rule 7-5(b), the United States submits a Memorandum of Points and Authorities in Support of United States' Motion to Intervene.

5. The United States has attached a Complaint in Intervention, pursuant to Rule 24(c).

WHEREFORE, the United States respectfully requests that this Court grant this Motion to Intervene and enter an order:

    a. Granting the United States' Motion to Intervene;

    b. Adding the United States to Case No. 2:11-cv-01676 SVW (FMOx) as a full party plaintiff-intervenor;

    c. Ordering the Clerk of the Court to enter the United States' Complaint in Intervention, and allowing it to proceed on its claim stated therein; and

    d. Permitting the United States to participate in any preliminary injunction hearing.

Respectfully submitted,

s/ Thomas E. Perez
THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

s/ Samuel R. Bagenstos
SAMUEL R. BAGENSTOS
Principal Deputy Assistant
Attorney General
Civil Rights Division

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, Civil Rights Unit

s/ Erika Johnson-Brooks
ERIKA JOHNSON-BROOKS

s/ Jonathan M. Smith
Chief
Special Litigation Section

s/ Timothy D. Mygatt
Special Counsel
Special Litigation Section

s/ Emily A. Gunston
EMILY A. GUNSTON
SAMANTHA K. TREPEL
Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Intervene was served on March 15, 2011, to the following individuals:

Through the electronic filing service:

> Cassandra E. Hooks
> Jonathan M. Gordon
> Leib Mitchell Lerner
> Alston & Bird LLP
>
> Peter J. Eliasberg
> ACLU Foundation of Southern California
>
> Daniel Mach
> American Civil Liberties Union,
> Program on Freedom of Religion and Belief
>
> Harsimram Kaur Dang
> The Sikh Coalition
> Attorneys for Plaintiff

By U.S. Mail:

> Matthew Cate
> c/o Legal Office
> 1515 "S" Street
> Room 314-S
> Sacramento, CA 95811
>
> Warden Terri Gonzalez
> c/o Andrew Pitoniak
> Litigation Coordinator
> Men's Colony
> Highway 1
> San Luis Obispo, CA 93409
>
> Defendants